# United States District Court

WESTERN DISTRICT OF WASHINGTON

COULETTE OSMORE,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. 3:09-cv-05640-RBL-KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)   the Court adopts the Report and Recommendation;

(2)   the ALJ erred in her decision as described in the Report and Recommendation; and

(3)   the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

| | |
|---|---|
| January 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |